# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WASHINGTON
# NINTH CIRCUIT

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAR 22 2019

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

PJ Stewart (Priestley) NOT the Strawman.

Self Representing Litigant,

-vs-

Defendants; Per; **15 USC § 1122**
Chuck Grassley, Mike Crapo, Pat Roberts, Mike Enzi, John Cornyn, John Thune, Richard Burr, Johnny Isakson, Rob Portman, Pat Toomey, Tim Scott, Bill Cassidy, James Lankford, Steve Daines, Todd Young, Ron Wyden, Debbie Stabenow, Maria Cantwell, Bob Menendez, Tom Carper, Ben Cardin, Sherrod Brown, Michael Bennet, Bob Casey, Mark Warner, Sheldon Whitehouse, Maggie Hassan, Catherine Cortez Masto, All agents & their and instrumentalities in both their private & public capacity. Adding Defendants they become known to me.

2:19-cv-00086-SAB

Constitutional Claim under Amendment Article II Section 4. & Artical II Section 6 and under the laws of bribery 18 U.S. Code § 201, selling an office and RICO.

**FRCP 5.1, NO forfeiture!**

**Bribery**

Receiving a bribe is instant impeachment.

Article. II. Section. 4. The President, Vice President and all civil Officers of the United States, shall be removed from Office on Impeachment for, and Conviction of, Treason, Bribery, or other high Crimes and Misdemeanors.

**All memebers of our government who have openly taken money from big pharmaceutical, have taken bribes, sold their office, damaged WE THE PEOPLE and have failed to do the job which they were hired.**

Article. II. Section. 6.The Senators and Representatives shall receive a Compensation for their Services, to be ascertained by Law, and paid out of the Treasury of the United States. They shall in all Cases, except Treason, Felony and Breach of the Peace, be privileged from Arrest during their Attendance at the Session of their respective Houses, and in going to and returning from the same; and for any Speech or Debate in either House, they shall not be questioned in any other place.

**Bribery is a felony!**

Bribery by big pharmaceutical of politicians.

As the record shows they have taken money that is NOT paid out of the US Treasury, wherein they have sold their office, struck against the constitutional form of government, taken a bribe, not defended their constutents and violated their oath of office.

A.  OATH OF OFFICE

I will support and defend the Constitution of the United States against all enemies, foreign and domestic: that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. So help me God.

B.  AFFIDAVIT AS TO STRIKING AGAINST THE FEDERAL GOVERNMENT

I am not participating in any strike against the government of the United States or any agency thereof, and I will not participate while an employee of the Government of the United States or any agency thereof

C.  AFFIDAVIT AS TO PURCHASE AND SALE OF OFFICE

I have not, nor has anyone acting in my behalf, given, transferred, promised or paid any consideration for or in expectation or hope of receiving assistance in securing this appointment.

CEOs of Bristol-Myers Squibb, Johnson & Johnson, Merck, Pfizer, Sanofi, AbbVie, and AstraZeneca.have given bribes to the following public servants:

Chuck Grassley, Iowa- $12,000
Mike Crapo, Idaho - $131,800
Pat Roberts, Kansas - $27,500
Mike Enzi, Wyoming - $25,000
John Cornyn, Texas - $62,600
John Thune, South Dakota - $40,600
Richard Burr, North Carolina - $18,500
Johnny Isakson, Georgia - $68,000
Rob Portman, Ohio - $96,3508
Pat Toomey, Pennsylvania - $50,776
Tim Scott, South Carolina - $57,700
Bill Cassidy, Louisiana - $156,600
James Lankford, Oklahoma - $6,000
Steve Daines, Montana - $13,200
Todd Young, Indiana - $95,150
Ron Wyden, Oregon - $76,220
Debbie Stabenow, Michigan - $97,531
Maria Cantwell, Washington - $35,232
Bob Menendez, New Jersey - $188,763
Tom Carper, Delaware - $143,550
Ben Cardin, Maryland - $67,374
Sherrod Brown, Ohio - $96,946
Michael Bennet, Colorado - $33,265
Bob Casey, Pennsylvania - $532,859
Mark Warner, Virginia - $59,733
Sheldon Whitehouse, Rhode Island - $54,696
Maggie Hassan, New Hampshire - $20,163
Catherine Cortez Masto, Nevada - $16,334

There is no shadow of a doubt that these public servants took money, it is publically available information. Therefore, it is instant impeachment for the crime of taking a bribe.

Bribery by big pharmaceutical of politicians.

https://gizmodo.com/big-pharma-gives-big-money-to-the-senators-who-will-que-1832891994?fbclid=IwAR06_mx9OiaifbfB8B3LmXcXdS-lQLUzpFmMrTNucgNtcRyrAbMCFoGEWI8

18 U.S. Code § 201. Bribery of public officials and witnesses
(a) For the purpose of this section—
(1) the term "public official" means Member of Congress, Delegate, or Resident Commissioner, either before or after such official has qualified, or an officer or employee or person acting for or on behalf of the United States, or any department, agency or branch of Government thereof, including the District of Columbia, in any official function, under or by authority of any such department, agency, or branch of Government, or a juror;
(2) the term "person who has been selected to be a public official" means any person who has been nominated or appointed to be a public official, or has been officially informed that such person will be so nominated or appointed; and
(3) the term "official act" means any decision or action on any question, matter, cause, suit, proceeding or controversy, which may at any time be pending, or which may by law be brought before any public official, in such official's official capacity, or in such official's place of trust or profit.
(b) Whoever—
(1) directly or indirectly, corruptly gives, offers or promises anything of value to any public official or person who has been selected to be a public official, or offers or promises any public official or any person who has been selected to be a public official to give anything of value to any other person or entity, with intent—
(A) to influence any official act; or
(B) to influence such public official or person who has been selected to be a public official to commit or aid in committing, or collude in, or allow, any fraud, or make opportunity for the commission of any fraud, on the United States; or
(C) to induce such public official or such person who has been selected to be a public official to do or omit to do any act in violation of the lawful duty of such official or person;
(2) being a public official or person selected to be a public official, directly or indirectly, corruptly demands, seeks, receives, accepts, or agrees to receive or accept anything of value personally or for any other person or entity, in return for:
(A) being influenced in the performance of any official act;
(B) being influenced to commit or aid in committing, or to collude in, or allow, any fraud, or make opportunity for the commission of any fraud, on the United States; or
(C) being induced to do or omit to do any act in violation of the official duty of such official or person;
(3) directly or indirectly, corruptly gives, offers, or promises anything of value to any person, or offers or promises such person to give anything of value to any other person or entity, with intent to influence the testimony under oath or affirmation of such first-mentioned person as a witness upon a trial, hearing, or other proceeding, before any court, any committee of either House or both Houses of Congress, or any agency, commission, or officer authorized by the laws of the United States to hear evidence or take testimony, or with intent to influence such person to absent himself therefrom;
(4) directly or indirectly, corruptly demands, seeks, receives, accepts, or agrees to receive or accept anything of value personally or for any other person or entity in return for being influenced in testimony under oath or affirmation as a witness upon any such trial, hearing, or other proceeding, or in return for absenting himself therefrom;
shall be fined under this title or not more than three times the monetary equivalent of the thing of value, whichever is greater, or imprisoned for not more than fifteen years, or both, and may be disqualified from holding any office of honor, trust, or profit under the United States.

(c) Whoever—
(1) otherwise than as provided by law for the proper discharge of official duty—

Bribery by big pharmaceutical of politicians.

(A) directly or indirectly gives, offers, or promises anything of value to any public official, former public official, or person selected to be a public official, for or because of any official act performed or to be performed by such public official, former public official, or person selected to be a public official; or
(B) being a public official, former public official, or person selected to be a public official, otherwise than as provided by law for the proper discharge of official duty, directly or indirectly demands, seeks, receives, accepts, or agrees to receive or accept anything of value personally for or because of any official act performed or to be performed by such official or person;
(2) directly or indirectly, gives, offers, or promises anything of value to any person, for or because of the testimony under oath or affirmation given or to be given by such person as a witness upon a trial, hearing, or other proceeding, before any court, any committee of either House or both Houses of Congress, or any agency, commission, or officer authorized by the laws of the United States to hear evidence or take testimony, or for or because of such person's absence therefrom;
(3) directly or indirectly, demands, seeks, receives, accepts, or agrees to receive or accept anything of value personally for or because of the testimony under oath or affirmation given or to be given by such person as a witness upon any such trial, hearing, or other proceeding, or for or because of such person's absence therefrom; **shall be fined under this title or imprisoned for not more than two years, or both.**

**Therefore the term of 2 years is a a Class E felony.**

TITLE 18 > PART II > CHAPTER 227 > § 3559
  Sec. 3559. Sentencing classification of offenses
    (a) Classification. - An offense that is not specifically classified by a letter grade in the section defining it, is classified if the maximum term of imprisonment authorized is -
      (1) life imprisonment, or if the maximum penalty is death, as a Class A felony;
      (2) twenty-five years or more, as a Class B felony;
      (3) less than twenty-five years but ten or more years, as a Class C felony;
      (4) less than ten years but five or more years, as a Class D felony;
      (5) less than five years but more than one year, as a Class E felony;
      **(6) one year or less but more than six months, as a Class A misdemeanor;**

The Supremacy Clause appears in Article VI of the United States Constitution. It establishes the Constitution, Federal Statutes, and U.S. treaties as "the supreme law of the land." The Constitution is the highest form of law in the American legal system. State judges are required to uphold it, even if state laws or Constitutions conflict with it.
SUPREMACY CLAUSE - "This Constitution, and the Laws of the United States which shall be made in Pursuance thereof; and all Treaties made, or which shall be made, under the Authority of the United States, shall be the supreme Law of the Land; and the Judges in every State shall be bound thereby, any Thing in the Constitution or Laws of any State to the contrary notwithstanding." U.S. Const. art. VI, Paragraph 2. " Stone v. City and County of San Francisco, 968 F.2d 850, 862 (9th Cir. 1992), cert. denied, 113 S. Ct. 1050 (1993).

## Striking against the Constitutional Form of Government.

TITLE 18 > PART I > CHAPTER 93 > § 1918 Disloyalty and asserting the right to strike against the Government Whoever violates the provision of section 7311 of title 5 that an individual may not accept or hold a position in the Government of the United States or the government of the District of Columbia if he
• **advocates the overthrow of our constitutional form of government;**
• is a member of an organization that he knows advocates the overthrow of our constitutional form of government; (3) participates in a strike, or asserts the right to strike, against the Government of the United States or the government of the District of Columbia; or (4) is a member of an organization of employees of the Government of the United States or of individuals employed by the government of the District of Columbia that

```
                    Bribery by big pharmaceutical of politicians.
```

he knows asserts the right to strike against the Government of the United States or the government of the District of Columbia; shall be fined under this title or imprisoned not more than one year and a day, or both.

**The General Federal Bribery Statute punishes the following acts of bribery:**
Any public official influencing the performance of any official act in violation of official duty;
A person bribing a public official with the intent to influence his/her testimony under oath or affirmation before any court, or any committee;
A person demanding bribery in return for being influenced in testimony under oath or affirmation as a witness in a trial or proceeding or in return for his/her absence from such appearance;
Any person offering bribery for the performance of a public duty;
Any person demanding bribery for the discharge of public duty;
Any person giving anything of value personally for testimony under oath to be given by such person as a witness upon any trial; and
Any person demanding anything of value personally for testimony under oath to be given by such person as a witness upon any trial.
However, the General Federal Bribery Statute does not prohibit the payment or receipt of witness fees provided by law. This includes payment to experts for giving testimony in courts also. Moreover, offenses and penalties laid down in the General Federal Bribery Statute are in addition to those prescribed in the federal statutes relating to obstruction of justice.
In addition to the General Federal Bribery Statute, there are several special bribery statutes in the U.S. For example, statutes prohibiting bribery of a bank examiner, bribery incident to appointment to a public office, bribery incident to various loan and bank transactions, bribery in connection with the sale or distribution of alcoholic beverages. The existence of special bribery provisions does not affect the enforcement of the General Federal Bribery Statute.
Moreover, in the federal statute which prohibits travel in interstate commerce with the intent to engage in unlawful activity, bribery is defined in terms of violation of the laws of the state in which the defendant's actions are committed or of the laws of the U.S.. Thus, in a state in which commercial bribery is prohibited, bribery of private employees constitutes a violation of this statute.
Commercial bribery is the giving or offering to give, directly or indirectly, anything of value to any private agent, employee, or fiduciary, without the knowledge and consent of the principal or employer, with the intent to influence such agent's, employee's, or fiduciary's action in relation to the principal's or employer's affairs. Additionally, the Travel Act provides that whoever travels in interstate or foreign commerce or uses any facility in interstate or foreign commerce with the intent to promote, establish, carry on, or facilitate the promotion, establishment, or carrying on of any unlawful activity and thereafter performs or attempts to perform any unlawful activity shall be guilty of a crime[iv]. Unlawful activity includes bribery in violation of the laws of the United States[v].
[i] Smith v. Pure Oil Co., 278 Ky. 430, 434 (Ky. 1939)
[ii] Smith v. Pure Oil Co., 278 Ky. 430 (Ky. 1939)
[iii] 18 USCS prec § 216
[iv] 18 USCS prec § 201
[v] United States v. Biaggi, 674 F. Supp. 86 (E.D.N.Y. 1987)

The tide is turning: Big Pharma billionaire arrested, charged with conspiracy and bribery of doctors
10/28/2017 / By Mike Adams
https://www.newstarget.com/2017-10-28-the-tide-is-turning-big-pharma-billionaire-arrested-charged-with-conspiracy-bribery-of-doctors.html?fbclid=IwAR1UkPq9Syk7V-KeWoiQcdOg8vL9qgcKw_QH6XE_4QGNobUn1f7Yd3upR9w

I almost never thought I'd see the day when a Big Pharma founder and owner was finally arrested for running a criminal drug cartel, but that day has arrived.

Bribery by big pharmaceutical of politicians.

"Federal authorities arrested the billionaire founder and owner of Insys Therapeutics Thursday on charges of bribing doctors and pain clinics into prescribing the company's fentanyl product to their patients," reports the Daily Caller News Foundation, one of the best sources of real journalism in America today.
Addictive drugs that include opioids, we now know, are claiming over 64,000 lives a year in the United States alone.
From the DCNF:

The Department of Justice (DOJ) charged John Kapoor, 74, and seven other current and former executives at the pharmaceutical company with racketeering for a leading a national conspiracy through bribery and fraud to coerce the illegal distribution of the company's fentanyl spray, which is intended for use as a pain killer by cancer patients. The company's stock prices fell more than 20 percent following the arrests, according to the New York Post.
Kapoor stepped down as the company's CEO in January amid ongoing federal probes into their Subsys product, a pain-relieving spray that contains fentanyl, a highly-addictive synthetic opioid. Fentanyl is more than 50 times stronger than morphine, and ingesting just two milligrams is enough to cause an adult to fatally overdose.
The series of arrests came just hours after President Donald Trump officially declared the country's opioid epidemic a national emergency. Drug overdoses led to 64,070 deaths in 2016, which is more than the amount of American lives lost in the entire Vietnam War.
As the opioid crisis has developed, more and more states have begun holding doctors and opioid manufacturers accountable for over-prescribing and over-producing the highly-addictive painkillers.
"We will be bringing some major lawsuits against people and companies that are hurting our people," Trump said Thursday. He also spoke about a program similar to Nancy Reagan's "Just Say No" initiative.
"**More than 20,000 Americans died of synthetic opioid overdoses last year**, and millions are addicted to opioids. And yet some medical professionals would rather take advantage of the addicts than try to help them," Attorney General Jeff Sessions said in a statement. "This Justice Department will not tolerate this. We will hold _accountable anyone_ -- from street dealers to corporate executives — who illegally contributes to this nationwide epidemic. And under the leadership of President Trump, we are fully committed to defeating this threat to the American people.
President Trump is bringing the war to Big Pharma's doorstep
Under President Trump, who continues to fight to end the drug cartels and health care monopolies that are destroying this nation, we may see more and more drug companies finally facing the legal scrutiny they deserve for engaging in the mass medical murder of Americans with dangerous, deadly drugs.

And then there's the question of vaccines, the autism cover-up and the criminal racket run by the CDC, Big Pharma and the lying mainstream media. When that medical fraud and corruption scandal blows sky-high, we may see dozens of pharmaceutical officials going to prison.

**Section 201 of Title 18 is entitled "Bribery of public officials and witnesses."** The statute comprises two distinct offenses, however, and in common parlance only the first of these is true "bribery."
The first offense, codified in section 201(b), prohibits the giving or accepting of anything of value to or by a public official, if the thing is given "with intent to influence" an official act, or if it is received by the official "in return for being influenced."
The second offense, codified in section 201(c), concerns what are commonly known as "gratuities," although that word does not appear anywhere in the statute. Section 201(c) prohibits that same public official from accepting the same thing of value, if he does so "for or because of" any official act, and prohibits anyone from giving any such thing to him for such a reason.
The specific subsections of the statute are:
*Bribery*
1. a. § 201(b)(1): offering a bribe to a public official
    b. § 201(b)(2): acceptance of a bribe by a public official

```
                    Bribery by big pharmaceutical of politicians.
```

*Gratuities*
  a. § 201(c)(1)(A): offering a gratuity to a public official
  b. § 201(c)(1)(B): acceptance of a gratuity by a public official.

The two offenses differ in several respects. The most important of these differences concerns how close a connection there is between the giving (or receiving) of the thing of value, on the one hand, and the doing of the official act, on the other. If the connection is causally direct - if money was given essentially to purchase or ensure an official act, as a "quid pro quo" then the crime is bribery. If the connection is looser - if money was given after the fact, as "thanks" for an act but not in exchange for it, or if it was given with a nonspecific intent to "curry favor" with the public official to whom it was given -then it is a gratuity. The distinction is sometimes hard to see, but the statute makes it critical: a § 201(b) "bribe" conviction is punishable by up to 15 years in prison, while a § 201(c) "gratuity" conviction permits only a maximum 2-year sentence. In addition, with a "bribe" the payment may go to anyone or to anything and may include campaign contributions, while with a "gratuity" the payment must inure to the personal benefit of the public official and cannot include campaign contributions.
[cited in JM 9-85.101]

< 2040. Bank Records And Foreign Transactions -- Financial Crimes Enforcement Network (FinCEN)

2042. Elements Common To Both Bribery And Gratuity Offenses

I swear and Affirm that I am not impeachable.
I swear and confirm all my God given unalienable rights under the Construction and I waive none.
That I am in fact, ready to affirm knowing full well the laws for perjury in the state of Washington, and in fact will attest to the same in any court of law regarding the matters submitted in this statement, when we are required to testify in any court of law thereof in relation to support the truth to these matters. Per Puckett v. Cox & Gideon v. Wainwright My pleadings need not to be within the same standards as an attorney.

I attest this declaration under 28 USC § 1746.

PJ (Stewart) Priestley, All Rights Reserved.

**JURAT**

State of Washington
County of Spokane

Subscribed and sworn/affirmed to before me this 22 day of March 20 19, by PJ Stewart

_____
Notary Public

My Commission Expires: 10/30/19

Bribery by big pharmaceutical of politicians.